IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SAYAH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br> CAPSTONE LOGISTICS, LLC,<br><br>  Defendant. | Case No. 1:24-CV-01199<br><br>Hon. Christopher C. Conner |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff James Sayah and Defendant Capstone Logistics, LLC, by and through their counsel, hereby request that the Court dismiss this action in its entirety with prejudice pursuant to settlement, with each party to bear its own attorneys' fees, expenses, and costs in connection with this action. It is hereby stipulated and agreed that this action be dismissed with prejudice, all matters in controversy for which the action was brought having been settled.

AGREED:

[*Signatures appear on next page.*]

| JAMES SAYAH | CAPSTONE LOGISTICS, LLC |
|---|---|

/s Scott Moriarity                                    /s Gerald Maatman

Shawn J. Wanta                                         Gerald L. Maatman, Jr. (IL 6181016)
(sjwanta@wantathome.com)                               (gmaatman@duanemorris.com)
Scott Moriarity                                        Jennifer A. Riley (IL 6272366)
(samoriarity@wantathome.com)                           (jariley@duanemorris.com)
WANTA THOME PLC                                        DUANE MORRIS LLP
100 South Fifth St., Suite 1200                        190 S. La Salle St., Suite 3700
Minneapolis, Minnesota 55402                           Chicago, Illinois 60603
Telephone: (866) 696-7067                              Telephone: (312) 499-6700

*Attorney for Plaintiff*                               Jessica Priselac (PA 208524)
                                                       (jpriselac@duanemorris.com)
                                                       625 Liberty Ave., Suite 1000
                                                       Pittsburgh, Pennsylvania 15222
                                                       Telephone: (412) 497-1046

                                                       Elisabeth G. Bassani (PA 327199)
                                                       (ebassani@duanemorris.com)
                                                       30 South 17th St.
                                                       Philadelphia, Pennsylvania 19103
                                                       Telephone: (215) 979-1813

                                                       *Attorneys for Defendant*